# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gavin S. Fennelly<br>         <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-12009 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7172


                                  Respectfully submitted,

                                  **/s/Thomas Puleo, Esquire**
                                  Thomas Puleo, Esquire
                                  Brian C. Nicholas, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406