# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-12009-MDC

GAVIN S. FENNELLY

3134 GAUL STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GAVIN S. FENNELLY

    3134 GAUL STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

Date: 8/21/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee