```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

```
In re:                                                              Case No. 14-12009-mdc
Gavin S. Fennelly                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2       User: Stacey              Page 1 of 2                  Date Rcvd: May 15, 2019
                           Form ID: 138NEW           Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Gavin S. Fennelly,    3134 Gaul Street,   Philadelphia, PA 19134-4447
13265265       +AR Resources,    PO Box 1056,   Blue Bell, PA 19422-0287
13343501        CitiMortgage, Inc,    P.O. Box 688971,   Des Moines, IA 50368-8971
13265268       +Citimortgage,   1000 Technology Drive,    O'Fallon, MO 63368-2240
13265269       +Convergent Outsourcing, Inc,    PO Box 9004,   Renton, WA 98057-9004
13265270      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Preferred Account,    Payment Processing Center,   P.O. Box 6403,
                  Carol Stream, IL 60197-6403)
13265271       +Gregory Javardian, Esquire,    1310 Industrial Blvd.,    2nd Floor, Suite 202,
                 Southampton, PA 18966-4030
13333137       +Michael Sayles,    427 W Cheltenham Ave #2,   Elkins Park, PA 19027-3291
13707581       +MidFirst Bank,    999 NW Grand Blvd. Suite 100,   Oklahoma City, OK 73118-6051
13287204        Palisades Acquisition IX, LLC accordenly,    Vativ Recovery Solutions LLC, dba SMC,
                 As Agent For Palisades Acquisition IX, L,    PO Box 40728,   Houston TX 77240-0728
13265273        Palisades Collection L,    PO Box 24133,   Newark, NJ 07101-4133
13286685       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13265274       +Target National Bank,    PO Box 673,   Minneapolis, MN 55440-0673
13265275       +Verizon,   PO Box 8585,   Philadelphia, PA 19101-8585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13269297        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 08:27:23
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13265266        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:09:07     Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
13265267        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:07:20     Capital One Bank,
                 PO Box 71083,   Charlotte, NC 28272-1083
13290979       +E-mail/Text: cio.bncmail@irs.gov May 15 2019 08:17:29     Department of Treasury,
                 Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13265272        E-mail/Text: bankruptcydpt@mcmcg.com May 15 2019 08:18:14     Midland Credit Mgmt,
                 PO Box 60578,   Los Angeles, CA 90060-0578
13347075        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:27:38
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13265276       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 08:17:14
                 Verizon Pennsylvania,    500 Technology Drive,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Stacey                Page 2 of 2                  Date Rcvd: May 15, 2019
                                  Form ID: 138NEW             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          MICHAEL D. SAYLES    on behalf of Debtor Gavin S. Fennelly midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gavin S. Fennelly

    Debtor(s)

Bankruptcy No: 14–12009–mdc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/14/19

56 – 54
Form 138_new
